**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GO800, LLC | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. |
| v. | ) | 11 cv 00761 (RJL |
| | ) | |
| INTREGEN HOLDINGS PTE LTD | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FRCP 41(a)(1), Plaintiff, GO800, LLC hereby voluntarily dismisses the entire the above captioned action, without prejudice. This voluntary dismissal is being filed without stipulation and without order of the Court, pursuant to FRCP 41(a)(1) because no answer, motion or other responsive pleading has been filed by any party to this action.

Respectfully submitted,

   /s/ Joseph J. Zito
Joseph J. Zito
ZITO *tlp*
DC BAR 410,913
STEIN MCEWEN, LLP
1400 Eye Street, Suite 300
Washington, DC 20005
(202) 916-9505

Attorneys for Plaintiff